**UNITED STATES BANKRUPTCY COURT**
**THE DISTRICT OF PUERTO RICO**

IN RE:

}
}
}
}
}
}
}
}
}
}
}
}

CASE NUMBER: 16-02761

JUDGE: EAG

CHAPTER 11

**DEBTOR:** AMERICAN PARKING SYSTEM, INC.

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)
FOR THE PERIOD

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address:
and Phone Number:

Attorney's Address
and Phone Number:

American Parking System, Inc.
603 Calle del Parque, Floor 3
San Juan, Puerto Rico 00909-2307
Tel. (787)   725-9004
Fax (787)   281-0784

Alexis Fuentes, Esq.
P.O.Box 9022726
San Juan, PR 00902
Tel. (787)   722-5216
Fax (787)   722-5206

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD OF ENDED APRIL 30, 2016

Name of Debtor: AMERICAN PARKING SYSTEM, INC.
Date of Petition: April 8, 2016
Case Number: 16-02761-11

| | CURRENT MONTH | CUMMULATIVE MONTH |
|---|---|---|
| 1. CASH AT BEGINNING OF PERIOD | $ (13,387.09) | $ (13,387.09) |
| 2. RECEIPTS: | | |
| A. Cash and Credit Card Sales | 222,398.68 | 222,398.68 |
| Less:  Cash Refunds | - | - |
| Sales | - | - |
| B. Accounts Receivable  Collections | 132,233.46 | 132,233.46 |
| C. Other Receipts and Accounting Adjustments(see MOR-3) | 12,316.00 | 12,316.00 |
| (If you receive rental income,  you must attach a rent roll.) | | |
| D. Returned Checks | - | - |
| 3.  TOTAL RECEIPTS | 366,948.14 | 366,948.14 |
| (2A+2B+2C+2D ) | | |
| 4. TOTAL CASH AVAILABLE FROM | | |
| OPERATIONS (Line 1 + Line 3) | $ 353,561.05 | $ 353,561.05 |
| 5. DISBURSEMENTS | | |
| A. Advertising | $ - | $ - |
| B. Bank Charges | 1,002.58 | 1,002.58 |
| C. Contract Labor | 34,263.97 | 34,263.97 |
| D. Fixed Asset Payments  (not included in "N" ) | - | - |
| E. Insurance | 18,014.80 | 18,014.80 |
| F. Inventory Purchases | - | - |
| G. Leases | - | - |
| H. Packaging Supplies | - | - |
| I. Office Supplies | 613.15 | 613.15 |
| J. Payroll Net | 143,301.73 | 143,301.73 |
| K. Professional Fees | 9,734.58 | 9,734.58 |
| L. Rent | 19,147.20 | 19,147.20 |
| M. Repair and Maintenance | - | - |
| N. Secured Creditors Payments  (see attachment 2 ) | 74,655.00 | 74,655.00 |
| O. Transfers to Payroll Account | - | - |
| P. Taxes Paid - Sales and Use | - | - |
| Q.Transfers to Taxes Account | - | - |
| R. Telephone | - | - |
| S. Travel | - | - |
| T. US Trustee Quarterly Fees | - | - |
| U. Utilities (includes propane gas) | - | - |
| V. Vehicles | - | - |
| W. Other Operating Expenses  (see MOR-3 ) | 36,010.45 | 36,010.45 |
| 6. TOTAL CASH DISBURSEMENTS | $ 336,743.46 | $ 336,743.46 |
| 7. ENDING CASH BALANCE | $ 16,817.59 | $ 16,817.59 |
| (Line 4 - Line 6) | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are
true and correct to the best of my knowledge and belief.

This as of May 27, 2016

_____
Signature

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS  (cont.)
Detail of Other Receipts and Other Disbursements
FOR THE PERIOD OF ENDED APRIL 30, 2016

**Date of Petition:**  APRIL 8, 2016
**Name of Debtor:**  AMERICAN PARKING SYSTEM, INC.
**Case Number:**  16-02761-11

OTHER RECEIPTS:

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Reimbursement Health Insurance | $        416.00 | $        416.00 |
| Loan from Shareholder | 8,400.00 | $      8,400.00 |
| Reimbursement of Payroll - Pavia | 3,500.00 | $      3,500.00 |
| | - | $          - |
| | - | $          - |
| | - | $          - |
| | - | $          - |
| TOTAL OTHER RECEIPTS | $     12,316.00 | $     12,316.00 |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| - | | | |
| - | | | |
| - | | | |

OTHER DISBURSEMENTS

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| DACO License | $      2,700.00 | $      2,700.00 |
| ASUME - Child Alimony Deductions | 500.00 | 500.00 |
| Retainer for Legal Fees | 25,000.00 | 25,000.00 |
| Payroll Taxes | 7,310.45 | 7,310.45 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| TOTAL OTHER DISBURSEMENTS | $     35,510.45 | $     35,510.45 |

ATTACHMENT 1

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| | |
|---|---|
| **Date of Petition:** | APRIL 8, 2016 |
| **Name of Debtor:** | AMERICAN PARKING SYSTEM INC. |
| **Case Number:** | 16-02761-11 |
| **Reporting Period:** | APRIL 30, 2016 |

ACCOUNTS RECEIVABLE AT PETITION DATE:                     $      344,852.00

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre petition and post petition, including charge card sales which have not been received):

| | | |
|---|---|---:|
| | Beginning of Month Balance | $      344,852.00 |
| PLUS: | Sales for the period | - |
| | Sales tax included in aging | - |
| LESS: | Collections | (135,333.46) |
| LESS: | Collections (deposits in transit) | - |
| PLUS / LESS: | Credit Memos (Pre-Petition Sales) | |
| PLUS / LESS: | Credit Memos (Post-Petition Sales) | - |
| PLUS / LESS: | Credit Memos (Post-Petition Prepaid Interest) | - |
| | Adjustments | - |
| PLUS: | Returned Checks - NSF | - |
| | End of Month Balance | $      209,518.54 |

Explanation and supporting documentation attached for any adjustments or write-offs:

_____
_____
_____
_____
_____
_____
_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $  124,745.00 | $            - | $            - | $            - | $    124,745.00 |

For any receivables in the "over 90 days" category, please provide the following:

| Customer | Receivable Date | Status  (Collection Efforts Taken, Estimate of Collectibility, writeoff, disputed account, ect) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

ATTACHMENT 2

MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

| | |
|---|---|
| Date of Petition: | APRIL 8, 2016 |
| Name of Debtor: | AMERICAN PARKING SYSTEM, INC. |
| Case Number: | 16-02761-11 |
| Reporting Period: | APRIL 30, 2016 |

In the space below list all invoices or bills incurred and not paid since the filling of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

## POST PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $        - |

☐ Check here if prepetition debts have been paid.  Attach an explanation and copies of supporting documentation.

| CHECK NUMBER | CHECK DATE | PAYEE | PURPOSE | CHECK AMOUNT |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | Total | $        - |

Payments of inventory purchases of merchandise received during the 45 days before the filing date, claimed by the vendors under the Section 546 of the Bankruptcy Code.

### ACCOUNTS PAYABLE RECONCILIATION (*Post Petition Unsecured Debt Only*)

| | | |
|---|---|---|
| Opening Balance | $ | - |
| PLUS:  New Indebtedness Incurred This Month | | |
| LESS:  Amount Paid on Post Petition | | |
| Accounts Payable This Month | | |
| PLUS / LESS:  Adjustments: Adjustments posted in G/L not in Aging | | |
| End of Month Balance | $ | - |

Explanation and supporting documentation attached for any adjustments or write-offs:

### SECURED PAYMENTS REPORT

List the status of payments to secured creditors and leasors (post petition only).  If you have entered into a modification agreement with a secured creditor / lessor, consult with your attorney and the United States Trustee.  Program prior to completing this section.

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Condado 2, LLC | 4/20/2016 | $        52,000.00 | | |
| Condado 2, LLC | 4/20/2016 |          8,000.00 | | |
| Condado 2, LLC | 4/11/2016 |         14,655.00 | | |
| Condado 2, LLC | 4/1/2016 | $        17,845.00 | | |
| | Current Month | $        92,500.00 | | |
| | (MOR-2 Line 5N) (Vehicles leases) | $        92,500.00 | | |

ATTACHMENT 3

INVENTORY AND FIXED ASSETS REPORT

Date of Petition:   APRIL 8, 2016
Name of Debtor:   AMERICAN PARKING SYSTEM, INC.
Case Number:   16-02761-11
Reporting Period:   APRIL 30, 2016

INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:                            $            -

INVENTORY RECONCILIATION:

|  |  |  |
|---|---|---|
| Inventory Balance at Beginning of Month | $ | - |
| PLUS: Inventory Purchased During Month | | - |
| Freight In Paid | | - |
| LESS: Inventory Used and Sold | | - |
| LESS: Scrap | | - |
| PLUS / LESS: Inventory Adjustments | | - |
| PLUS / LESS: Price Adjustments, Net of Write downs | | - |
| Inventory on Hand at End of Month | $ | - |

METHOD OF COSTING INVENTORY :

For any adjustments or write downs provide explaination and supporting documentations:

INVENTORY AGING

| Less than 6 Months old | 6 Months to 2 Years Old | Greater Than 2 Years Old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| $            - | $            - | | $            - | $            - |
| 0% | 0% | 0% | 0% | 0% |

☐ Check here if any inventory contains perishable.

Description of Obsolete Inventory:
Notes:

FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE :        $  11,370,000.00
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION  (First Report Only) :

|  | Fair Value | Book Value |
|---|---|---|
| Building | $  11,370,000.00 | $  17,864,306.00 |
| Parking Improvements | - | 1,265,773.00 |
| Equipment | - | 223,780.00 |
| Accum Depreciation and Amortization | | (5,408,452.36) |
| | $  11,370,000.00 | $  13,945,406.64 |

FIXED ASSETS RECONCILIATION:

|  |  |
|---|---|
| Fixed Asset Book Value at Beginning of Month - Net Book Value | $  13,998,545.75 |
| LESS: Depreciation Expense | |
| PLUS: New Purchases | 53,139.11 |
| PLUS: Fixed Assets Repairs | |
| PLUS:  Adjustment to accumulated depreciation prior months | |
| PLUS / LESS: Disposals : | |
| Fixed Asset Ending Monthly Balance | $  14,051,684.86 |

For any adjustments or write downs provide explanation and supporting documentations:

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR  DISPOSED  OF  DURING  THE  REPORTING

ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

**Date of Petition:**   APRIL 8, 2016
**Name of Debtor:**   AMERICAN PARKING SYSTEM, INC.
**Case Number:**   16-02761-11
**Reporting Period:**   APRIL 30, 2016

Attach a copy of current month bank statement and bank reconciliation to this summary of bank activity. If bank accounts other than the three required by the United States Trustee program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts

NAME OF BANK:   **BANCO SANTANDER**                           BRANCH:   **Hato Rey**

ACCOUNT NAME:   **CHAPTER 11 DEBTOR IN POSSESSION**      ACCOUNT NUMBER:   3004949039

PURPOSE OF ACCOUNT:   **OPERATING BANK ACCOUNT**

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| PLUS: Total Amount of Outstanding Deposits | | - |
| LESS: Total Amount of Outstanding Checks and other debits | | - |
| LESS: Service Charges | | - |
| Ending Balance per Check Register | $ | - |

Debit cards used by:   Not Applicable

If closing balance is negative, provide explanation :

---

The Following Disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D)
▫ Check here if cash disbursements were authorized by United States Trustee

| Date | Amount | Payee | Purpose | Reason for Cash Disbursements |
|---|---|---|---|---|
| | | | NONE | |

TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
Total Amount of Outstanding Checks and Other Debits, listed above, includes:

| | | |
|---|---|---|
| Transferred to Payroll Account: | $ | - |
| Transferred to Tax Account: | $ | - |

ATTACHMENT 4B

MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

| | |
|---|---|
| **Date of Petition:** | APRIL 8, 2016 |
| **Name of Debtor:** | AMERICAN PARKING SYSTEM, INC. |
| **Case Number:** | 16-02761-11 |
| **Reporting Period:** | APRIL 30, 2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

| | | | |
|---|---|---|---|
| NAME OF BANK: | **BANCO SANTANDER** | BRANCH: | **HATO REY** |
| ACCOUNT NAME: | **CHAPTER 11 DEBTOR IN POSSESSION** | ACCOUNT NUMBER: | 3004949055 |
| PURPOSE OF ACCOUNT: | **PAYROLL ACCOUNT** | | |

|  | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| PLUS: Total Amount of Outstanding Deposits | | - |
| LESS: Total Amount of Outstanding Checks and other debits | | - |
| LESS: Service Charges | | - |
| Ending Balance per Check Register | $ | - |

**Debit cards must not be issued on this account**

The following disbursements were paid in cash (do not includes items reported as petty cash on attachment 4D)
◻ Check here if cash disbursements were authorized by United States Trustee

| Date | Amount | Payee | Purpose | Reason for cash disbursements |
|---|---|---|---|---|
| | | NONE | | |

**The Following non-payroll disbursements were made from this account:**

| Number | Date | Payee | Amount | Reason for cash disbursements |
|---|---|---|---|---|
| | | NONE | | |

05/09/13 v1.10

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

| | |
|---|---|
| **Date of Petition:** | APRIL 8, 2016 |
| **Name of Debtor:** | AMERICAN PARKING SYSTEM, INC |
| **Case Number:** | 16-02761 |
| **Reporting Period:** | APRIL 8, 2016 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

| | | | |
|---|---|---|---|
| **NAME OF BANK:** | BANCO SANTANDER | **BRANCH:** | HATO REY |
| **ACCOUNT NAME:** | CHAPTER 11 DEBTOR IN POSSESSION | **ACCOUNT NUMBER:** | 3004949047 |
| **PURPOSE OF ACCOUNT:** | TAX ACCOUNT | | |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| PLUS: Total Amount of Outstanding Deposits | | - |
| LESS: Total Amount of Outstanding Checks and other debits | | - |
| LESS: Service Charges | | - |
| Ending Balance per Check Register | $ | - |

If closing balance is negative, provide explanation : _____

The following disbursements were paid in cash (do not includes items reported as petty cash on attachment 4D)
◻ Check here if cash disbursements were authorized by United States Trustee

| Check Number | Check Date | Payee | Purpose | Amount | Reason for cash disbursements |
|---|---|---|---|---|---|
| | | NONE | | | |

ATTACHMENT 4D

INVESTMENT ACCOUNTS AND PETTY CASH REPORT

| | |
|---|---|
| **Date of Petition:** | APRIL 8, 2016 |
| **Name of Debtor:** | AMERICAN PARKING SYSTEM, INC. |
| **Case Number:** | 16-02761-11 |
| **Reporting Period Beginning:** | April 8, 2016      **Ending:** April 30, 2016 |

INVESTMENT ACCOUNT

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc. should be listed separately.
Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | NONE | | - |
| | | | | - |
| TOTAL | | | | $         - |

PETTY CASH REPORT

The following petty cash drawers / accounts are maintained

| Location of box/account | Column 2 Maximum amount of cash in drawer/account | Column 3 Amount of petty cash on hand at end of month | (Disbursement) Difference between column 2 and 3 |
|---|---|---|---|
| Hospital Pavia | $          400.00 | $          400.00 | $          - |
| Escambron | 200.00 | 200.00 | - |
| Hotel Condado Plaza | 600.00 | 600.00 | - |
| Hotel Conquistador | 1,000.00 | 1,000.00 | - |
| Hotel Courtyard | 130.00 | 130.00 | - |
| Hotel Gran Melia | 500.00 | 500.00 | - |
| Hotel San Juan (Activities & Change) | 800.00 | 800.00 | - |
| Hotel San Juan (Gallery) | 350.00 | 350.00 | - |
| Hotel San Juan (Paseo San Juan) | 300.00 | 300.00 | - |
| Hotel Waterclub | 100.00 | 100.00 | - |
| Isadora | 150.00 | 150.00 | - |
| Lote Navy | 100.00 | 100.00 | - |
| Plazotela Isal Verde | 200.00 | 200.00 | - |
| Westin Rio Mar | 600.00 | 600.00 | - |
| | - | - | - |
| Totals | $       5,430.00 | $       5,430.00 | $          - |

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH        $       5,430.00

**Note:** Petty cash is maintained at each parking facility where American Parking System operates.

For any petty cash disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation:

ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

| | |
|---|---|
| Date of Petition: | APRIL 8, 2016 |
| Name of Debtor: | AMERICAN PARKING SYSTEM, INC. |
| Case Number: | 16-02761-11 |
| Reporting Period: | APRIL 30, 2016 |

Reporting Period Beginning:   April 8, 2016                                    **Ending :** April 30 , 2016

NAME OF BANK:               **SANTANDER**

ACCOUNT NAME:            **CHAPTER 11 DEBTOR IN POSSESSION**

ACCOUNT NUMBER:        3004949039

PURPOSE OF ACCOUNT:    **OPERATING ACCOUNT**

Account for all disbursements, including void, lost checks, stop payments, etc. In the alternative, a computer generated check
register can be attached to this report, provided all the  information requested below is included.

| CHECK NUMBER | CHECK DATE | PAYEE | PURPOSE | CHECK AMOUNT |
|---|---|---|---|---|
| | | **SEE Attached Check Register** | Operational account | $            - |

|  |  |
|---|---|
| **TOTAL DISBURSEMENTS** | $            - |

CHECK REGISTER- PAYROLL ACCOUNTS

| | |
|---|---|
| Date of Petition: | APRIL 8, 2016 |
| Name of Debtor: | AMERICAN PARKING SYSTEM, INC. |
| Case Number: | 16-02761-11 |
| Reporting Period Beginning: | April 8, 2016 |

Ending: April 30, 2016

| | |
|---|---|
| NAME OF BANK: | BANCO SANTANDER |

BRANCH: HATO REY

ACCOUNT NAME: CHAPTER 11 DEBTOR IN POSSESSION

ACCOUNT NUMBER: 3004949055

PURPOSE OF ACCOUNT: PAYROLL ACCOUNT

Account for all disbursements, including void, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| CHECK NUMBER | CHECK DATE | PAYEE | PURPOSE | CHECK AMOUNT |
|---|---|---|---|---|
| | | | | |

Total $ -

MOR-10

**ATTACHMENT 5C**

**CHECK REGISTER - TAXES ACCOUNT**

| | |
|---|---|
| Date of Petition: | APRIL 8, 2016 |
| Name of Debtor: | AMERICAN PARKING SYSTEM, INC. |
| Case Number: | 16-02761-11 |
| Reporting Period Beginning: | April 1, 2016 |

**Ending :** April 30, 2016

| | | | |
|---|---|---|---|
| NAME OF BANK: | **BANCO SANTANDER** | BRANCH: | **HATO REY** |
| ACCOUNT NAME: | **CHAPTER 11 DEBTOR IN POSSESSION** | | |
| ACCOUNT NUMBER: | **3004949047** | | |
| PURPOSE OF ACCOUNT: | **TAX ACCOUNT** | | |

Account for all disbursements, including void, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| CHECK NUMBER | CHECK DATE | PAYEE | PURPOSE | CHECK AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | $ - |

**ATTACHMENT 5D**

**CHECK REGISTER- PRE-PETITION PAYROLL ACCOUNT**

| | |
|---|---|
| **Date of Petition:** | APRIL 8, 2016 |
| **Name of Debtor:** | AMERICAN PARKING SYSTEM, INC. |
| **Case Number:** | 16-02761-11 |
| **Reporting Period:** | APRIL 30, 2016 |

| | | | |
|---|---|---|---|
| **NAME OF BANK:** | **ORIENTAL BANK** | **BRANCH:** | **HATO REY** |
| **ACCOUNT NAME:** | **PAYROLL ACCOUNT** | | |
| **ACCOUNT NUMBER:** | **131-0540884** | | |

**PURPOSE OF ACCOUNT: PAYROLL**

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | (948.50) |
| PLUS: Total Amount of Outstanding Deposits | | 24,163.15 |
| Cash deposits not deposited in bank | | 117,651.77 |
| LESS: Total Amount of Outstanding Checks and other debits | | (136,375.87) |
| LESS: Service Charges | | - |
| Ending Balance per Check Register | $ | 4,490.55 |

Account for all disbursements, including void, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| TRANSACTION NUMBER | CHECK DATE | PAYEE | PURPOSE | | CHECK AMOUNT |
|---|---|---|---|---|---|
| | | **SEE Attached Check Register** | Payroll Register Pre-Petition | $ | 35,303.16 |
| | | **SEE Attached Check Register** | Payroll Register Post-Petition | | 132,217.07 |
| | | **SEE Attached Check Register** | Contract Labor Register Pre-Petition | | 16,393.14 |
| | | **SEE Attached Check Register** | Contract Labor Register Pre-Petition | | 34,263.97 |
| ACH Transfers | 4/19/2016 | ASUME | Child Support Alimony deductions | | 500.00 |
| ACH Transfers | 4/21/2016 | ASUME | Child Support Alimony deductions | | 500.00 |
| ACH Debits | | Oriental Bank | Bank Charges Pre-Petition | | 3,344.62 |
| ACH Debits | | Oriental Bank | Bank Charges Post-Petition | | 962.58 |
| | | | | $ | 223,484.54 |

**MOR 8.5 - Supplement to MOR 8**



P.O. Box 195115
San Juan, PR 00919-5115

Ultimo estado de cuenta: March 31, 2016
Estado de cuenta correspondiente a: April 30, 2016
Dias en este ciclo: 30

Pagina 1 de 22
XXXXXX0884
( 243)

878 MO    243
AMERICAN PARKING SYSTEMS INC
PO BOX 192239
SAN JUAN PR 00919-2239

Para asistencia llame a:
Servicio al Cliente, 1-800-981-5554

Ofg Bancorp
254 Munoz Rivera Ave 3RD Floor
Hato Rey PR 00918

**Cuenta Empresarial**

| | | | |
|---|---|---|---|
| Numero de cuenta | XXXXXX0884 | Balance inicial | $1,196.81 |
| Anejos | 243 | Total de creditos | 115,379.12 |
| Balance mas bajo | $-5,974.85 | Total de debitos | 117,524.43 |
| Balance promedio | $424.26 | Balance final | $-948.50 |

**CHEQUES**

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|---|---|---|---|---|---|
| 28595 | 04-01 | 4,000.00 | 31202 * | 04-05 | 10.00 |
| 30129 * | 04-11 | 250.00 | 31216 * | 04-19 | 50.75 |
| 30335 * | 04-11 | 250.00 | 31220 * | 04-07 | 807.69 |
| 30484 * | 04-05 | 10.00 | 31230 * | 04-11 | 250.00 |
| 30535 * | 04-11 | 250.00 | 31263 * | 04-11 | 807.69 |
| 30702 * | 04-05 | 10.00 | 31265 * | 04-12 | 100.00 |
| 30810 *R | 04-04 | 322.17 | 31274 * | 04-11 | 250.00 |
| 30915 *R | 04-01 | 322.17 | 31275 R | 04-07 | 475.00 |
| 30915 *R | 04-12 | 322.17 | 31278 * | 04-08 | 300.00 |
| 30992 *R | 04-01 | 10.00 | 31279 R | 04-04 | 455.00 |
| 31005 * | 04-11 | 250.00 | 31279 * | 04-06 | 455.00 |
| 31029 * | 04-05 | 10.00 | 31282 *R | 04-12 | 10.00 |
| 31035 * | 04-05 | 10.00 | 31285 *R | 04-04 | 366.94 |
| 31036 R | 04-01 | 302.05 | 31286 | 04-04 | 527.30 |
| 31036 *R | 04-12 | 302.05 | 31287 R | 04-12 | 10.00 |
| 31040 * | 04-05 | 10.00 | 31288 R | 04-04 | 317.01 |
| 31058 * | 04-05 | 10.00 | 31290 * | 04-11 | 299.16 |
| 31060 * | 04-05 | 10.00 | 31294 *R | 04-15 | 322.17 |
| 31078 *R | 04-01 | 205.22 | 31294 *R | 04-26 | 322.17 |
| 31078 *R | 04-12 | 205.22 | 31308 * | 04-01 | 349.79 |
| 31081 * | 04-05 | 10.00 | 31310 * | 04-01 | 470.58 |
| 31102 * | 04-05 | 10.00 | 31315 * | 04-04 | 258.08 |
| 31118 * | 04-05 | 10.00 | 31326 * | 04-04 | 493.20 |
| 31120 *R | 04-07 | 439.39 | 31328 * | 04-04 | 299.77 |
| 31121 R | 04-01 | 291.25 | 31329 | 04-01 | 256.93 |
| 31121 *R | 04-12 | 291.25 | 31382 * | 04-05 | 312.25 |
| 31123 *R | 04-12 | 10.00 | 31458 *R | 04-15 | 560.30 |
| 31127 *R | 04-01 | 322.17 | 31459 | 04-12 | 349.79 |
| 31127 *R | 04-12 | 322.17 | 31464 *R | 04-01 | 2,000.00 |
| 31134 * | 04-05 | 10.00 | 31466 * | 04-15 | 100.00 |
| 31173 *R | 04-04 | 455.00 | 31467 R | 04-13 | 807.69 |
| 31173 * | 04-06 | 455.00 | 31468 | 04-04 | 125.00 |

AMERICAN PARKING SYSTEMS INC

April 30, 2016

Pagina 2 de 22

XXXXXX0884

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|--------|-------|----------|--------|-------|----------|
| 31470 * | 04-12 | 100.00 | 31704 | 04-04 | 53.39 |
| 31471 | 04-08 | 692.30 | 31707 * | 04-22 | 302.05 |
| 31474 * | 04-11 | 527.30 | 31708 | 04-05 | 240.26 |
| 31476 *R | 04-04 | 322.00 | 31709 | 04-06 | 116.79 |
| 31478 * | 04-14 | 299.16 | 31717 * | 04-15 | 444.03 |
| 31483 *R | 04-15 | 322.17 | 31726 *R | 04-14 | 469.03 |
| 31483 * | 04-27 | 322.17 | 31730 * | 04-18 | 258.08 |
| 31486 *R | 04-04 | 317.01 | 31741 * | 04-18 | 493.20 |
| 31489 * | 04-12 | 444.03 | 31742 | 04-01 | 103.44 |
| 31498 * | 04-05 | 469.03 | 31743 | 04-18 | 294.16 |
| 31502 *R | 04-13 | 258.08 | 31744 | 04-01 | 243.59 |
| 31503 | 04-04 | 150.16 | 31748 * | 04-19 | 213.56 |
| 31503 * | 04-19 | 10.00 | 31753 *R | 04-13 | 215.22 |
| 31513 * | 04-12 | 493.20 | 31767 * | 04-01 | 526.14 |
| 31515 * | 04-11 | 294.16 | 31786 * | 04-04 | 345.18 |
| 31516 | 04-01 | 253.60 | 31790 * | 04-01 | 444.03 |
| 31525 * | 04-12 | 206.89 | 31796 * | 04-18 | 282.62 |
| 31551 *R | 04-04 | 266.94 | 31810 * | 04-04 | 106.78 |
| 31551 *R | 04-13 | 266.94 | 31811 | 04-25 | 322.17 |
| 31570 *R | 04-04 | 213.56 | 31826 * | 04-26 | 340.00 |
| 31571 R | 04-04 | 409.60 | 31827 R | 04-15 | 500.00 |
| 31572 | 04-12 | 400.14 | 31828 | 04-08 | 455.00 |
| 31573 | 04-18 | 351.65 | 31857 * | 04-05 | 250.26 |
| 31574 R | 04-04 | 275.28 | 31867 *R | 04-01 | 322.00 |
| 31576 *R | 04-04 | 205.22 | 31867 *R | 04-12 | 322.00 |
| 31607 * | 04-11 | 250.00 | 31893 * | 04-25 | 527.30 |
| 31608 | 04-11 | 364.00 | 31894 | 04-04 | 241.62 |
| 31615 * | 04-04 | 87.00 | 31897 * | 04-27 | 299.16 |
| 31615 * | 04-19 | 10.00 | 31900 *R | 04-15 | 161.08 |
| 31624 * | 04-12 | 349.79 | 31900 *R | 04-26 | 161.08 |
| 31625 | 04-18 | 300.00 | 31903 *R | 04-07 | 200.21 |
| 31626 | 04-12 | 562.30 | 31903 * | 04-18 | 200.21 |
| 31627 | 04-11 | 560.30 | 31907 * | 04-04 | 250.26 |
| 31628 | 04-12 | 349.79 | 31909 * | 04-22 | 444.03 |
| 31630 * | 04-18 | 470.58 | 31918 * | 04-25 | 469.03 |
| 31634 * | 04-05 | 2,000.00 | 31923 * | 04-26 | 258.08 |
| 31635 | 04-12 | 1,100.00 | 31925 * | 04-04 | 188.64 |
| 31636 | 04-11 | 100.00 | 31931 * | 04-20 | 100.10 |
| 31637 R | 04-14 | 807.69 | 31934 * | 04-25 | 493.20 |
| 31647 * | 04-08 | 276.97 | 31935 R | 04-13 | 266.94 |
| 31647 * | 04-25 | 10.00 | 31936 | 04-25 | 327.82 |
| 31685 * | 04-08 | 692.30 | 31938 * | 04-04 | 95.09 |
| 31692 * | 04-18 | 250.00 | 31941 * | 04-19 | 156.84 |
| 31695 * | 04-08 | 300.00 | 31942 | 04-04 | 206.89 |
| 31696 | 04-11 | 455.00 | 31946 *R | 04-13 | 211.89 |
| 31697 R | 04-07 | 475.00 | 31953 * | 04-04 | 200.21 |
| 31697 * | 04-18 | 475.00 | 31965 * | 04-08 | 253.60 |
| 31699 * | 04-18 | 527.30 | 31970 * | 04-05 | 299.16 |
| 31700 R | 04-01 | 221.50 | 31971 | 04-04 | 195.20 |
| 31700 *R | 04-12 | 221.50 | 31972 R | 04-12 | 256.93 |
| 31703 * | 04-27 | 299.16 | 31972 * | 04-21 | 256.93 |

AMERICAN PARKING SYSTEMS INC

April 30, 2016

Pagina 3 de 22

XXXXXX0884

| Numero | Fecha | Cantidad | Numero | Fecha | Cantidad |
|--------|-------|----------|--------|-------|----------|
| 31979 * | 04-06 | 181.36 | 32170 * | 04-15 | 251.93 |
| 31980 | 04-07 | 453.37 | 32171 | 04-11 | 161.83 |
| 31984 * | 04-08 | 444.03 | 32175 * | 04-11 | 200.21 |
| 31994 *R | 04-12 | 106.78 | 32179 * | 04-12 | 160.17 |
| 31994 * | 04-21 | 106.78 | 32184 * | 04-11 | 240.26 |
| 31995 | 04-29 | 322.17 | 32186 * | 04-14 | 206.19 |
| 32013 * | 04-05 | 100.10 | 32194 *R | 04-15 | 526.14 |
| 32021 *R | 04-07 | 332.02 | 32203 *R | 04-13 | 158.49 |
| 32021 * | 04-18 | 332.02 | 32204 | 04-18 | 246.93 |
| 32022 | 04-08 | 266.94 | 32210 *R | 04-13 | 48.38 |
| 32031 *R | 04-07 | 312.00 | 32211 | 04-14 | 231.85 |
| 32031 * | 04-18 | 312.00 | 32212 | 04-12 | 470.38 |
| 32037 * | 04-22 | 562.30 | 32216 * | 04-18 | 444.03 |
| 32038 | 04-18 | 560.30 | 32219 * | 04-29 | 322.17 |
| 32045 *R | 04-14 | 2,000.00 | 32224 *R | 04-12 | 253.60 |
| 32046 | 04-18 | 1,100.00 | 32227 * | 04-12 | 246.82 |
| 32047 | 04-18 | 100.00 | 32228 | 04-15 | 246.93 |
| 32048 | 04-21 | 807.69 | 32232 * | 04-12 | 86.76 |
| 32051 * | 04-04 | 692.30 | 32240 * | 04-11 | 288.00 |
| 32060 * | 04-18 | 300.00 | 32244 * | 04-12 | 291.13 |
| 32061 | 04-18 | 455.00 | 32264 * | 04-12 | 203.00 |
| 32065 * | 04-07 | 58.00 | 32266 * | 04-05 | 406.42 |
| 32068 *R | 04-07 | 217.50 | 32268 *R | 04-12 | 2,000.00 |
| 32068 * | 04-18 | 217.50 | 32316 * | 04-20 | 2,000.00 |
| 32078 * | 04-07 | 192.00 | 32317 | 04-25 | 1,100.00 |
| 32080 * | 04-05 | 128.00 | 32323 * | 04-19 | 692.30 |
| 32082 * | 04-12 | 475.00 | 32333 * | 04-18 | 198.00 |
| 32083 | 04-19 | 475.00 | 32334 | 04-26 | 340.00 |
| 32086 * | 04-12 | 300.00 | 32338 * | 04-18 | 241.62 |
| 32087 | 04-04 | 198.00 | 32342 * | 04-19 | 53.39 |
| 32094 * | 04-19 | 1,100.00 | 32347 *R | 04-26 | 246.93 |
| 32095 | 04-22 | 100.00 | 32348 | 04-21 | 250.26 |
| 32096 | 04-18 | 807.69 | 32358 * | 04-18 | 250.26 |
| 32100 * | 04-12 | 692.30 | 32375 * | 04-18 | 197.02 |
| 32107 * | 04-29 | 364.00 | 32385 * | 04-28 | 96.77 |
| 32109 * | 04-18 | 300.00 | 32387 * | 04-22 | 253.60 |
| 32110 | 04-25 | 455.00 | 32388 | 04-18 | 176.85 |
| 32121 * | 04-22 | 560.30 | 32392 * | 04-18 | 218.57 |
| 32122 | 04-26 | 349.79 | 32396 * | 04-19 | 186.86 |
| 32123 | 04-26 | 299.16 | 32402 * | 04-18 | 200.21 |
| 32124 | 04-26 | 470.58 | 32403 | 04-21 | 176.74 |
| 32130 * | 04-11 | 250.26 | 32414 * | 04-22 | 190.20 |
| 32133 * | 04-29 | 527.30 | 32419 * | 04-19 | 263.64 |
| 32134 | 04-11 | 241.62 | 32421 * | 04-25 | 206.89 |
| 32141 * | 04-20 | 250.26 | 32428 * | 04-20 | 177.63 |
| 32142 R | 04-15 | 256.93 | 32429 | 04-19 | 464.01 |
| 32142 *R | 04-26 | 256.93 | 32433 * | 04-22 | 444.03 |
| 32143 | 04-29 | 444.03 | 32482 * | 04-19 | 100.10 |
| 32152 * | 04-29 | 469.03 | 32490 * | 04-22 | 266.94 |
| 32158 * | 04-11 | 166.88 | 32508 *R | 04-26 | 144.00 |
| 32168 *R | 04-13 | 151.83 | 32509 | 04-22 | 128.00 |

AMERICAN PARKING SYSTEMS INC

Pagina 4 de 22

April 30, 2016

XXXXXX0884

| Numero | Fecha | Cantidad |
|--------|-------|----------|
| 32511 * | 04-19 | 192.00 |
| 32514 *R | 04-26 | 344.22 |
| 32518 * | 04-18 | 2,000.00 |
| 32521 * | 04-25 | 241.62 |
| 32526 * | 04-27 | 113.45 |
| 32529 * | 04-26 | 220.23 |
| 32534 * | 04-25 | 256.93 |
| 32551 * | 04-25 | 266.94 |
| 32555 * | 04-27 | 213.56 |
| 32560 * | 04-25 | 188.64 |
| 32564 * | 04-26 | 333.67 |
| 32570 * | 04-28 | 130.14 |
| 32572 * | 04-26 | 243.59 |
| 32573 | 04-25 | 213.56 |
| 32577 * | 04-25 | 218.57 |
| 32581 * | 04-26 | 215.22 |
| 32604 * | 04-26 | 318.80 |
| 32605 | 04-25 | 233.58 |
| 32612 * | 04-25 | 153.49 |
| 32613 | 04-26 | 173.89 |
| 32614 | 04-26 | 454.43 |
| 32619 * | 04-29 | 444.03 |
| 32624 * | 04-26 | 55.05 |

| Numero | Fecha | Cantidad |
|--------|-------|----------|
| 32639 * | 04-26 | 347.03 |
| 32643 * | 04-25 | 351.65 |
| 32654 * | 04-26 | 100.10 |
| 32662 * | 04-29 | 250.26 |
| 32671 * | 04-29 | 807.69 |
| 32672 | 04-22 | 807.69 |
| 32673 | 04-21 | 560.30 |
| 32676 * | 04-26 | 83.38 |
| 32680 * | 04-25 | 108.75 |
| 32686 * | 04-25 | 198.00 |
| 32687 | 04-26 | 340.00 |
| 32690 * | 04-26 | 128.00 |
| 32692 * | 04-26 | 128.00 |
| 32699 * | 04-28 | 475.00 |
| 32700 | 04-25 | 2,000.00 |
| 32706 *R | 04-26 | 692.30 |
| 32724 * | 04-22 | 322.17 |
| 32725 | 04-22 | 322.17 |
| 32727 * | 04-26 | 215.22 |
| 32728 | 04-26 | 211.89 |

**\* Numero de cheque no consecutivo**

**R-Cheque devuelto**

**DEBITOS**

| Fecha | Descripcion | Debitos |
|-------|-------------|---------|
| 04-01 | ' POS Monthly Fee MID538101475 | 30.00 |
| 04-01 | ' POS Monthly Fee MID538101398 | 70.00 |
| 04-01 | ' POS Monthly Fee MID538101463 | 95.00 |
| 04-01 | ' POS Monthly Fee MID538101400 | 118.38 |
| 04-01 | ' POS Monthly Fee MID538003690 | 187.34 |
| 04-01 | ' POS Monthly Fee MID538101374 | 205.17 |
| 04-01 | ' POS Monthly Fee MID538003037 | 216.73 |
| 04-01 | ' POS Monthly Fee MID538101386 | 309.85 |
| 04-01 | ' POS Monthly Fee MID538101968 | 312.80 |
| 04-01 | ' POS Monthly Fee MID538101451 | 419.90 |
| 04-01 | ' POS Monthly Fee MID538101448 | 575.04 |

AMERICAN PARKING SYSTEMS INC                                        Pagina 5 de 22
April 30, 2016                                                      XXXXXX0884

| Fecha | Descripcion | Debitos |
|-------|-------------|---------|
| 04-01 | ' Debito Pre-Autorizado | 406.65 |
|       | LIBERTY CABLEVIS ONELINK 160401 | |
|       | 0013849542 SPA | |
| 04-01 | ' Cash Mgmt Trsfr Dr | 600.00 |
|       | REF 0920541L FUNDS TRANSFER TO DEP 1310667685 | |
|       | FROM | |
| 04-01 | ' Cargo Overdraft | 1.16 |
|       | FOR CONTINUOUS OD ON 04-01-16 | |
| 04-01 | ' Cargo Overdraft | 5.00 |
|       | FOR CONTINUOUS OD ON 04-01-16 | |
| 04-01 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 28595 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 30992 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31078 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31700 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31121 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31036 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31867 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31127 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 30915 | |
| 04-01 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31464 | |
| 04-04 | ' Ivu Municipal | 0.67 |
|       | 03/2016 BEB | |
| 04-04 | ' Ivu Estatal | 7.01 |
|       | 03/2016 BEB | |
| 04-04 | ' Ivu Municipal | 41.40 |
|       | 03/2016 NON-XAA | |
| 04-04 | ' Ivu Estatal | 434.74 |
|       | 03/2016 NON-XAA | |
| 04-04 | ' Cash Mgmt Trsfr Dr | 1,200.00 |
|       | REF 0951947L FUNDS TRANSFER TO DEP 7964012749 | |
|       | FROM | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31576 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31570 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31551 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31574 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31486 | |

AMERICAN PARKING SYSTEMS INC                                    Pagina 6 de 22
April 30, 2016                                                   XXXXXX0884

| Fecha | Descripcion | Debitos |
|-------|-------------|---------|
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31288 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31476 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 30810 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31285 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31571 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31279 | |
| 04-04 | ' Cargo Devolucion NSF | 15.00 |
|       | FOR RETURN OF CHECK # 31173 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31498 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31035 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31060 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 30484 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31134 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31102 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31081 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31040 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31029 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31118 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31058 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 30702 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31202 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31708 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31857 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31382 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 32266 | |
| 04-05 | ' Cargo Sobregiro | 15.00 |
|       | FOR OVERDRAFT CHECK # 31634 | |